# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

United States of America,           )
                    Plaintiff,      )
vs.                                 )  No. 03-0055-04-CR-W-FJG
Michael J. Armstrong,               )
                    Defendant.      )

## ORDER

     Defendant's motion requesting amended judgment and commitment order (Doc. #143), filed June 2, 2005, is sustained.  Pursuant to Rule 36 of the Federal Rules of Criminal Procedure, this Court amends its order of January 28, 2004 (Doc. #100) to reflect its intent that defendant's sentence in case number 03-0055-04-CR-W-FJG run concurrent to the state sentence defendant was serving at the time of sentencing.


     /s/Fernando J. Gaitan, Jr.
     United States District Judge

Dated:   June 17, 2005
Kansas City, Missouri